RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA, APC
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415) 282-8960 STATE BAR #135653
www.lacavalaw.com
richard@lacavalaw.com

Attorney for Debtor
    KAYLA ANNE CUPPLES, Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| In re: | Case No.: 17-42589-WJL-13 |
| --- | --- |
| KAYLA ANNE CUPPLES, | Chapter 13 |
|     Debtor. | NOTICE OF CHANGE OF MAILING ADDRESS |

PLEASE TAKE NOTICE that KAYLA ANNE CUPPLES, debtor(s) in the above-mentioned case, changes her address to:

    3634 Forest Avenue, Apt. 3N
    Kansas City, MO 64109

Dated: January 22, 2019          _Richard A. La Cava/s/_____
                           Richard A. La Cava
                           Attorney at Law

Case: 17-42589   Doc# 19   Filed: 01/22/19   Entered: 01/22/19 09:24:16   Page 1 of 2

PROOF OF SERVICE

I declare that:

      I am employed in the City and County of San Francisco, State of California. I am not less than 18 years of age and not a party to the within case. My business address is: 3814 24th Street, Suite 202, San Francisco, CA 94114.

      On January 22, 2019 I Served the within

NOTICE OF CHANGE OF ADDRESS

On the parties in said cause by placing a true and correct copy thereof in an with the postage thereon fully pre-paid, thereafter properly sealing said envelope and depositing it in the United States Mail at San Francisco, California, addressed as follow(s):

Martha G. Bronitsky, Chapter 13, Trustee
 VIA efc only

Office of The U.S. Trustee via efc only
450 Golden Gate Ave, 5th Floor, Suite #05-0153
San Francisco CA 94102

KAYLA ANNE CUPPLES
3634 Forest Avenue, Apt. 3N
Kansas City, MO 64109

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated: January 22, 2019             \_\_\_\_Richard A. La Cava/s/\_\_\_\_\_
                                   Richard A. La Cava
                                   Attorney at Law