RICHARD A. LA CAVA
LAW OFFICES OF RICHARD A. LA CAVA
3814 24TH STREET, SUITE 202
SAN FRANCISCO, CA 94114
(415) 282-8960 STATE BAR #135653
richard@lalavalaw.com
www.lacavaaw.com

Attorney for Debtor:
    KAYLA ANNE CUPPLES,

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

In re:

KAYLA ANNE CUPPLES,

Fka Caleb Scott Cupples

    Debtor.

Case No.: 17-42589-WJL-13

AMENDMENT TO CHAPTER 13 SCHEDULE E/F CREDITORS HOLDING PRIORITY CLAIMS

    Debtor hereby amends her schedule E of her Schedule of Creditors Holding Secured Claims per the following:

CREDITOR originally listed as Missouri Dept of Revenue: Correct creditor's name and address:

New Creditor:

| | | |
|---|---|---|
| Peggy Campbell<br>Collector of Revenue<br>411 Jules Street Suite 123<br>St. Joseph, MO 64501-1788 | Tax year:<br>12/31/2016<br>Priority Claim To be paid 100 cents on the dollar ref 118460 | Claim Amount: $366.12 |

                                                Total Schedule E: $718.12

I, KAYLA ANNE CUPPLES,, the debtor named in the foregoing amendment, declare under penalty of perjury under the laws of the United States of America the foregoing is true and correct.

Dated: April 10, 2019    <u>KAYLA ANNE CUPPLES,/s/</u>
                         KAYLA ANNE CUPPLES,, Debtor

# PROOF OF SERVICE BY MAIL

I declare that:

I am employed in the City and County of San Francisco, State of California. . I am not less than 18 years of age and not a party to the within case. My business address is: 3814 24th Street, Suite 202, San Francisco, CA 94114.

On April 10, 2019, I served the within:

## AMENDMENT TO CHAPTER 13 SCHEDULE E

On the parties in said cause by placing a true and correct copy thereof in an with the postage thereon fully pre-paid, thereafter properly sealing said envelope and depositing it in the United States Mail at San Francisco, California, addressed as follow(s):

Martha G. Bronitsky, Chapter 13, Trustee served via ecf only
P. O. Box 5004
Hayward, CA 94540-5004

Office of The U.S. Trustee served via ecf only

New creditor:

Peggy Campbell
Collector of Revenue
411 Jules Street Suite 123
St. Joseph, MO 64501-1788

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed at San Francisco, California.

Dated: April 10, 2019                                                 ___Richard A. La Cava/s/___
                                                                                                 Richard A. La Cava
                                                                                                 Attorney at Law