Amended Creditor List New Creditors

Peggy Campbell
Collector of Revenue
411 Jules Street Suite 123
St. Joseph, MO 64501-1788

Amended Creditor List New Creditors