Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward,CA 94540
(510) 266- 5580
13trustee@oak13.com

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
of the
NORTHERN DISTRICT OF CALIFORNIA

In Re
    Kayla Anne Cupples

Chapter 13 Case Number:
17-42589-WJL13

Debtors(s)

**ACCOUNTING OF CHAPTER 13 PLAN PAYMENTS**

The Trustee represents that as of October 19, 2022, all the payments owed by the above named debtor(s) in the Chapter 13 Case filed on October 14, 2017 and confirmed by the Court, have been paid.

DATE: October 24, 2022      /s/ Martha G. Bronitsky
    Martha G. Bronitsky
    Chapter 13 Standing Trustee