# Notice Recipients

District/Off: 0971−4         User: admin                    Date Created: 12/6/2022
Case: 17−42589               Form ID: 3180W                 Total: 72

**Recipients of Notice of Electronic Filing:**
ust         Office of the U.S. Trustee/Oak         USTPRegion17.OA.ECF@usdoj.gov
tr          Martha G. Bronitsky                    13trustee@oak13.com
aty         Richard A. LaCava                      court@lacavalaw.com

                                                                          TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Kayla Anne Cupples         3634 Forest Ave. #3N        Kansas City, MO 64109
cr          Synchrony Bank             c/o PRA Receivables Management, LLC       P.O. Box 41021      Norfolk, VA 23541
cr          PRA Receivables Management LLC        POB 41067       Norfolk, VA 23541
cr          Synchrony        c/o Weinstein & Riley, P.S.     2001 Western Ave, Ste 400        Seattle, WA 98121
smg         Labor Commissioner         1515 Clay St.       Room 801        Oakland, CA 94612
smg         State Board of Equalization         Collection Dept.        P.O. Box 942879        Sacramento, CA 94279
smg         CA Employment Development Dept.         Bankruptcy Group MIC 92E         P.O. Box 826880        Sacramento, CA 94280−0001
smg         CA Franchise Tax Board         Special Procedures Bankruptcy Unit         P.O. Box 2952        Sacramento, CA 95812−2952
14701310    AMERICAN EXPRESS CENTURION BANK         C/O BECKET AND LEE LLP         PO BOX 3001        MALVERN PA 19355−0701
14698710    AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY,         INC.         C/O BECKET AND LEE LLP        PO BOX 3001        MALVERN PA 19355−0701
14653035    ARS National Services, Inc.         Attn: Bankruptcy Dept.        PO Box 469046        Escondido, CA 92046−9046
14653036    ARS National Services, Inc.         Attn: Bankruptcy Dept.        PO Box 469046        Escondido, CA 92046−9046
14653031    Advance America Cash Advance         9170 Elk Grove Florin Rd        Elk Grove, CA 95624−1497
14653030    Advance America Cash Advance         Attn: Bankruptcy         2299 Springs Rd        Vallejo, CA 94591−5651
14653032    Advance America, Cash Advance         Centers, Inc.         135 N Church St         Spartanburg, SC 29306−5138
14655119    Advance America, Cash Advance Centers of MO, Inc.         135 North Church Street        Spartanburg, SC 29306
14653033    Alltran Financial, LP         PO Box 610         Sauk Rapids, MN 56379
14653034    Amex         Correspondence         Po Box 981540         El Paso, TX 79998
14653037    Avant Credit         Attn: Bankruptcy Dept         640 N La Salle Dr Ste 535         Chicago, IL 60654−3731
14653038    Avant, Inc.         Attn: Bankruptcy Dept         222 N. La Salle St. Ste 1700         Chicago, IL 60601−1101
14662884    Brand Bank         Mahaffey Pickens Tucker, LLP         1550 North Brown Road, Suite 125         Lawrenceville, GA 30043
14653040    CACH, LLC         Attn: Bankruptcy Dept.         4340 South Monaco, 2nd Floor         Denver, CO 80237
14711279    CACH, LLC its successors and assigns as assignee         of Avant         Resurgent Capital Services         PO Box 10587        Greenville, SC 29603−0587
14653045    CNU OF CALIFORNIA, LLC         c/o C. T. Corporation Systems         818 West Seventh Street., Suite 930         Los Angeles, CA 90017
14668619    CREDIT FIRST NA         PO BOX 818011         CLEVELAND, OH 44181
14653039    Cach LLC         Attn: Bankruptcy Dept.         4340 S Monaco St 2nd Fl         Denver, CO 80237−3485
14653041    Capital 1 Bank         Attn: Bankruptcy Dept.         Po Box 30285         Salt Lake City, UT 84130
14653042    Capital 1 Bank         Attn: Bankruptcy Dept.         Po Box 30285         Salt Lake City, UT 84130
14653043    Cashnet USA         attn: Bankruptcy         175 W. Jackson, Ste 1000         Chicago, IL 60604
14653044    Client Services, Inc.         3451 Harry S Truman Blvd.         St. Charles, MO 63301−4047
14711623    Comenity Capital Bank/Paypal Credit         c/o Weinstein & Riley, PS         2001 Western Ave., Ste 400         Seattle, WA 98121
14653046    Credit First N.A.         Attn: Bankruptcy Dept.         PO Box 81315         Cleveland, OH 44181−0315
14653047    Credit One Bank         Attn: Bankruptcy Dept.         PO Box 98873         Las Vegas, NV 89193−8873
14653048    Curo Management, LLC         3611 N. Ridge Rd.         Wichita, KS 67205
14653049    Firestone Complete Auto Care         PO Box 81410         Cleveland, OH 44181−0410
14653050    Global Credit & Collection Corp         Attn: Bankruptcy Dept         5440 N. Cumberland, Suite 300         Chicago, IL 60656
14708610    Global Trust Management, LLC.         4805 W. Laurel St. STE 300         Tampa, FL 33607
14653051    Great Lakes Educatioal Loan Services, In         2401 International Ln         Madison, WI 53704−3121
14653052    JP Morgan Chase Bank         Attn: Bankruptcy Dept.         7757 Bayberry Rd         Jacksonville, FL 32256−6816
14653053    JP Morgan Chase Bank, N.A         James L. Dimon Chairman President & CEO         1111 Polaris Pkwy         Columbus, OH 43240−2031
14653054    Midland Credit Management, Inc.         Attn: Bankruptcy Dept         2365 Northside Drive Suite 300         San Diego, CA 92108
14689001    Midland Funding LLC         PO Box 2011         Warren, MI 48090
14653055    Midland Funding, LLC         Attn: Bankruptcy Dept.         8875 Aero Drive, Suite 200         San Diego, CA 92123

| ID | Name | Address |
|---|---|---|
| 14653057 | Missouri Dept of Revenue | Individual Income Tax Bankruptcy  PO Box 385  Jefferson City, MO 65105–0385 |
| 14653056 | Missouri Dept of Revenue | Property Tax Attn: Bankruptcy  PO Box 3395  Jefferson City, MO 65105–3395 |
| 14653058 | Missouri Dept. of Revenue | Attn: Bankruptcy Dept  Harry S. Truman State office Buld.  301 West High Street Room 102  Jefferson City, MO 65101 |
| 14662826 | OneMain | P.O. Box 3251  Evansville, IN. 47731–3251 |
| 14653059 | OneMain | attn: Bankruptcy Dept  Po Box 3251  Evansville, IN 47731–3251 |
| 14653060 | Onemain Fi | PO Box 499  Hanover, MD 21076–0499 |
| 14653061 | Onemain Financial | 6801 Colwell Blvd  Irving, TX 75039–3198 |
| 14653062 | Onemain Financial | PO Box 3251  Evansville, IN 47731–3251 |
| 14711220 | PRA Receivables Management LLC | PO Box 41067  Norfolk, VA 23541 |
| 14653063 | PayPal Credit | PO Box 5138  Lutherville Timonium, MD 21094–5138 |
| 14653064 | PayPal USA | 2211 N 1st St  San Jose, CA 95131–2021 |
| 14960040 | Peggy Campbell | Collector of Revenue  411 Jules Street Suite 123  St. Joseph, MO 64501–1788 |
| 14690708 | Portfolio Recovery Associates, LLC | POB 41067  Norfolk VA 23541 |
| 14895638 | SYNCHRONY BANK | c/o Weinstein & Riley, P.S.  2001 Western Ave, Ste 400  Seattle, WA 98121 |
| 14653065 | Springleaf Financial Services | 2101 Webster St Ste 160  Oakland, CA 94612–3054 |
| 14653066 | Syncb/Amazon PLC | Attn: Bankruptcy  PO Box 965036  Orlando, FL 32896–5036 |
| 14653067 | Syncb/Car Care Disc | Attn: Bankruptcy  PO Box 965036  Orlando, FL 32896–5036 |
| 14653068 | The Brand Banking Company | Attn: Bankruptcy Dept  106 East Crogan Street  Lawrenceville, GA 30046 |
| 14653069 | The Brand Banking Company | Attn: Bankruptcy Dept  PO Box 1110  Lawrenceville, GA 30046 |
| 14653070 | U S Department Of Education | PO Box 5609  Greenville, TX 75403–5609 |
| 14702588 | U.S. Bank National Association | Bankruptcy Department  PO Box 108  St. Louis MO 63166–0108 |
| 14653071 | US Bank/Rms CC | Po Box 108  Saint Louis, MO 63166 |
| 14715968 | US DEPT OF EDUCATION | CLAIMS FILING UNIT  PO BOX 8973  MADISON, WI 53708–8973 |
| 14711621 | USAA Savings Bank | C O WEINSTEIN & RILEY, PS  2001 WESTERN AVENUE, STE 400  SEATTLE, WA 98121 |
| 14653072 | Usaa Svg Bk | 10750 Mcdermott Freeway  San Antonio, TX 78288 |
| 14653073 | Webbank/DFS | attn: Bankruptcy dept  215 State St. Suite 1000  Salt Lake City, UT 84111 |

TOTAL: 69