United States Bankruptcy Court

Northern District of California

In re:                                                                                                        Case No. 17-42589-WJL

Kayla Anne Cupples                                                                         Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                                      User: admin                                                         Page 1 of 4

Date Rcvd: Dec 06, 2022                               Form ID: 3180W                                      Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Anne Cupples, 3634 Forest Ave. #3N, Kansas City, MO 64109-2674 |
| 14662884 | + | Brand Bank, Mahaffey Pickens Tucker, LLP, 1550 North Brown Road, Suite 125, Lawrenceville, GA 30043-1802 |
| 14653045 | + | CNU OF CALIFORNIA, LLC, c/o C. T. Corporation Systems, 818 West Seventh Street., Suite 930, Los Angeles, CA 90017-3476 |
| 14653048 | + | Curo Management, LLC, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 14708610 | + | Global Trust Management, LLC., 4805 W. Laurel St. STE 300, Tampa, FL 33607-4541 |
| 14960040 | | Peggy Campbell, Collector of Revenue, 411 Jules Street Suite 123, St. Joseph, MO 64501-1788 |
| 14653069 | + | The Brand Banking Company, Attn: Bankruptcy Dept, PO Box 1110, Lawrenceville, GA 30046-1110 |
| 14653068 | + | The Brand Banking Company, Attn: Bankruptcy Dept, 106 East Crogan Street, Lawrenceville, GA 30046-4950 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: EDD.COM | Dec 07 2022 05:23:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Dec 07 2022 05:23:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | EDI: CALTAXFEE | Dec 07 2022 05:23:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | | ^ MEBN | Dec 07 2022 00:26:27 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 07 2022 00:26:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | EDI: RMSC.COM | Dec 07 2022 05:23:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14701310 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 00:30:22 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 14698710 | | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 00:30:23 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY,, INC., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 14653035 | | Email/Text: legal@arsnational.com | Dec 07 2022 00:26:00 | ARS National Services, Inc., Attn: Bankruptcy Dept., PO Box 469046, Escondido, CA 92046-9046 |
| 14653031 | + | Email/Text: bnc@advanceamerica.net | Dec 07 2022 00:26:00 | Advance America Cash Advance, 9170 Elk Grove |

| ID | | Delivery | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Florin Rd, Elk Grove, CA 95624-4043 |
| 14653030 | | Email/Text: bnc@advanceamerica.net | Dec 07 2022 00:26:00 | Advance America Cash Advance, Attn: Bankruptcy, 2299 Springs Rd, Vallejo, CA 94591-5651 |
| 14653032 | | Email/Text: bnc@advanceamerica.net | Dec 07 2022 00:26:00 | Advance America, Cash Advance, Centers, Inc., 135 N Church St, Spartanburg, SC 29306-5138 |
| 14655119 | + | Email/Text: bnc@advanceamerica.net | Dec 07 2022 00:26:00 | Advance America, Cash Advance Centers of MO, Inc., 135 North Church Street, Spartanburg, SC 29306-5138 |
| 14653034 | + | Email/PDF: bncnotices@becket-lee.com | Dec 07 2022 00:30:48 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14653037 | | Email/Text: bk@avant.com | Dec 07 2022 00:26:00 | Avant Credit, Attn: Bankruptcy Dept, 640 N La Salle Dr Ste 535, Chicago, IL 60654-3731 |
| 14653038 | | Email/Text: bk@avant.com | Dec 07 2022 00:26:00 | Avant, Inc., Attn: Bankruptcy Dept, 222 N. La Salle St. Ste 1700, Chicago, IL 60601-1101 |
| 14653040 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 00:30:50 | CACH, LLC, Attn: Bankruptcy Dept., 4340 South Monaco, 2nd Floor, Denver, CO 80237-3485 |
| 14711279 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 00:30:29 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668619 | + | EDI: CRFRSTNA.COM | Dec 07 2022 05:23:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14653039 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 07 2022 00:30:27 | Cach LLC, Attn: Bankruptcy Dept., 4340 S Monaco St 2nd Fl, Denver, CO 80237-3485 |
| 14653041 | + | EDI: CAPITALONE.COM | Dec 07 2022 05:23:00 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14653043 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 07 2022 00:26:00 | Cashnet USA, attn: Bankruptcy, 175 W. Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 14653044 | + | Email/Text: mediamanagers@clientservices.com | Dec 07 2022 00:26:00 | Client Services, Inc., 3451 Harry S Truman Blvd., St. Charles, MO 63301-9816 |
| 14711623 | + | EDI: WFNNB.COM | Dec 07 2022 05:23:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14653046 | | EDI: CRFRSTNA.COM | Dec 07 2022 05:23:00 | Credit First N.A., Attn: Bankruptcy Dept., PO Box 81315, Cleveland, OH 44181-0315 |
| 14653047 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 07 2022 00:30:35 | Credit One Bank, Attn: Bankruptcy Dept., PO Box 98873, Las Vegas, NV 89193-8873 |
| 14653049 | | EDI: CRFRSTNA.COM | Dec 07 2022 05:23:00 | Firestone Complete Auto Care, PO Box 81410, Cleveland, OH 44181-0410 |
| 14653050 | + | Email/Text: bankruptcy@affglo.com | Dec 07 2022 00:26:00 | Global Credit & Collection Corp, Attn: Bankruptcy Dept, 5440 N. Cumberland, Suite 300, Chicago, IL 60656-1486 |
| 14653051 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 07 2022 00:26:00 | Great Lakes Educatioal Loan Services, In, 2401 International Ln, Madison, WI 53704-3121 |
| 14653052 | | EDI: JPMORGANCHASE | Dec 07 2022 05:23:00 | JP Morgan Chase Bank, Attn: Bankruptcy Dept., 7757 Bayberry Rd, Jacksonville, FL 32256-6816 |
| 14653053 | | EDI: JPMORGANCHASE | Dec 07 2022 05:23:00 | JP Morgan Chase Bank, N.A, James L. Dimon Chairman President & CEO, 1111 Polaris Pkwy, Columbus, OH 43240-2031 |
| 14653054 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 00:26:00 | Midland Credit Management, Inc., Attn: Bankruptcy Dept, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14689001 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 00:26:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| Notice ID | | Method | Date Sent | Recipient |
|---|---|---|---|---|
| 14653055 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 07 2022 00:26:00 | Midland Funding, LLC, Attn: Bankruptcy Dept., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| | | | | 48090-2011 |
| 14653057 | | Email/Text: ecfnotices@dor.mo.gov | Dec 07 2022 00:26:00 | Missouri Dept of Revenue, Individual Income Tax Bankruptcy, PO Box 385, Jefferson City, MO 65105-0385 |
| 14653056 | | Email/Text: ecfnotices@dor.mo.gov | Dec 07 2022 00:26:00 | Missouri Dept of Revenue, Property Tax Attn: Bankruptcy, PO Box 3395, Jefferson City, MO 65105-3395 |
| 14653058 | + | Email/Text: ecfnotices@dor.mo.gov | Dec 07 2022 00:26:00 | Missouri Dept. of Revenue, Attn: Bankruptcy Dept, Harry S. Truman State office Buld., 301 West High Street Room 102, Jefferson City, MO 65101-1517 |
| 14662826 | | EDI: AGFINANCE.COM | Dec 07 2022 05:23:00 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 14653059 | | EDI: AGFINANCE.COM | Dec 07 2022 05:23:00 | OneMain, attn: Bankruptcy Dept, Po Box 3251, Evansville, IN 47731-3251 |
| 14653060 | | EDI: AGFINANCE.COM | Dec 07 2022 05:23:00 | Onemain Fi, PO Box 499, Hanover, MD 21076-0499 |
| 14653061 | | EDI: AGFINANCE.COM | Dec 07 2022 05:23:00 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14653062 | | EDI: AGFINANCE.COM | Dec 07 2022 05:23:00 | Onemain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14690708 | | EDI: PRA.COM | Dec 07 2022 05:23:00 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14711220 | + | EDI: PRA.COM | Dec 07 2022 05:23:00 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14653063 | | EDI: RMSC.COM | Dec 07 2022 05:23:00 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14653064 | | Email/Text: recovery@paypal.com | Dec 07 2022 00:25:00 | PayPal USA, 2211 N 1st St, San Jose, CA 95131-2021 |
| 14653065 | | EDI: AGFINANCE.COM | Dec 07 2022 05:23:00 | Springleaf Financial Services, 2101 Webster St Ste 160, Oakland, CA 94612-3054 |
| 14895638 | + | Email/Text: bncmail@w-legal.com | Dec 07 2022 00:26:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14653066 | | EDI: RMSC.COM | Dec 07 2022 05:23:00 | Syncb/Amazon PLC, Attn: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 14653067 | | EDI: RMSC.COM | Dec 07 2022 05:23:00 | Syncb/Car Care Disc, Attn: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 14653070 | | Email/Text: EDBKNotices@ecmc.org | Dec 07 2022 00:26:00 | U S Department Of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 14702588 | | EDI: USBANKARS.COM | Dec 07 2022 05:23:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14653071 | | EDI: USBANKARS.COM | Dec 07 2022 05:23:00 | US Bank/Rms CC, Po Box 108, Saint Louis, MO 63166 |
| 14715968 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 07 2022 00:26:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14711621 | + | Email/Text: bncmail@w-legal.com | Dec 07 2022 00:26:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| 14653072 | + EDI: USAA.COM | | | |
| --- | --- | --- | --- | --- |
| | | Dec 07 2022 05:23:00 | | Usaa Svg Bk, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14653073 | + Email/Text: bankruptcy@webbank.com | | | |
| | | Dec 07 2022 00:26:00 | | Webbank/DFS, attn: Bankruptcy dept, 215 State St. Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14653036 | * | ARS National Services, Inc., Attn: Bankruptcy Dept., PO Box 469046, Escondido, CA 92046-9046 |
| 14653042 | *+ | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14653033 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2022          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2022 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Richard A. LaCava | on behalf of Debtor Kayla Anne Cupples court@lacavalaw.com |

TOTAL: 3

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Kayla Anne Cupples<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5365<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | California Northern Bankruptcy Court | |
| Case number: | 17–42589 | |

# Order of Discharge                                                                                      12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Kayla Anne Cupples
>   fka Caleb Scott Cupples

<u>12/6/22</u>                                                    **By the court:** <u>William J. Lafferty</u>
                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**