United States Bankruptcy Court
Northern District of California

In re:                                                        Case No. 17-42589-WJL
Kayla Anne Cupples                            Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4                            User: admin                                                     Page 1 of 4
Date Rcvd: Dec 13, 2022                  Form ID: pdfntcal                                        Total Noticed: 65

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 15, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kayla Anne Cupples, 3634 Forest Ave. #3N, Kansas City, MO 64109-2674 |
| 14662884 | + | Brand Bank, Mahaffey Pickens Tucker, LLP, 1550 North Brown Road, Suite 125, Lawrenceville, GA 30043-1802 |
| 14653045 | + | CNU OF CALIFORNIA, LLC, c/o C. T. Corporation Systems, 818 West Seventh Street., Suite 930, Los Angeles, CA 90017-3476 |
| 14653048 | + | Curo Management, LLC, 3611 N. Ridge Rd., Wichita, KS 67205-1214 |
| 14708610 | + | Global Trust Management, LLC., 4805 W. Laurel St. STE 300, Tampa, FL 33607-4541 |
| 14960040 | | Peggy Campbell, Collector of Revenue, 411 Jules Street Suite 123, St. Joseph, MO 64501-1788 |
| 14653069 | + | The Brand Banking Company, Attn: Bankruptcy Dept, PO Box 1110, Lawrenceville, GA 30046-1110 |
| 14653068 | + | The Brand Banking Company, Attn: Bankruptcy Dept, 106 East Crogan Street, Lawrenceville, GA 30046-4950 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Dec 14 2022 00:05:00 | CA Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Dec 14 2022 00:06:00 | CA Franchise Tax Board, Special Procedures Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: USCBNotices@cdtfa.ca.gov | Dec 14 2022 00:06:00 | State Board of Equalization, Collection Dept., P.O. Box 942879, Sacramento, CA 94279 |
| smg | ^ | MEBN | Dec 14 2022 00:00:24 | Labor Commissioner, 1515 Clay St., Room 801, Oakland, CA 94612-1463 |
| cr | + | Email/Text: bncmail@w-legal.com | Dec 14 2022 00:05:00 | Synchrony, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:12:27 | Synchrony Bank, c/o PRA Receivables Management, LLC, P.O. Box 41021, Norfolk, VA 23541-1021 |
| 14701310 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2022 00:12:28 | AMERICAN EXPRESS CENTURION BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 14698710 | | Email/PDF: bncnotices@becket-lee.com | Dec 14 2022 00:12:36 | AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY,, INC., C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 14653035 | | Email/Text: legal@arsnational.com | Dec 14 2022 00:05:00 | ARS National Services, Inc., Attn: Bankruptcy Dept., PO Box 469046, Escondido, CA 92046-9046 |
| 14653031 | + | Email/Text: bnc@advanceamerica.net | Dec 14 2022 00:05:00 | Advance America Cash Advance, 9170 Elk Grove |

| ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | | Florin Rd, Elk Grove, CA 95624-4043 |
| 14653030 | | Email/Text: bnc@advanceamerica.net | Dec 14 2022 00:05:00 | Advance America Cash Advance, Attn: Bankruptcy, 2299 Springs Rd, Vallejo, CA 94591-5651 |
| 14653032 | | Email/Text: bnc@advanceamerica.net | Dec 14 2022 00:05:00 | Advance America, Cash Advance, Centers, Inc., 135 N Church St, Spartanburg, SC 29306-5138 |
| 14655119 | + | Email/Text: bnc@advanceamerica.net | Dec 14 2022 00:05:00 | Advance America, Cash Advance Centers of MO, Inc., 135 North Church Street, Spartanburg, SC 29306-5138 |
| 14653034 | + | Email/PDF: bncnotices@becket-lee.com | Dec 14 2022 00:12:36 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14653037 | | Email/Text: bk@avant.com | Dec 14 2022 00:06:00 | Avant Credit, Attn: Bankruptcy Dept, 640 N La Salle Dr Ste 535, Chicago, IL 60654-3731 |
| 14653038 | | Email/Text: bk@avant.com | Dec 14 2022 00:06:00 | Avant, Inc., Attn: Bankruptcy Dept, 222 N. La Salle St. Ste 1700, Chicago, IL 60601-1101 |
| 14653040 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:12:27 | CACH, LLC, Attn: Bankruptcy Dept., 4340 South Monaco, 2nd Floor, Denver, CO 80237-3485 |
| 14711279 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:02:21 | CACH, LLC its successors and assigns as assignee, of Avant, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14668619 | + | Email/Text: BKPT@cfna.com | Dec 14 2022 00:05:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 14653039 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 14 2022 00:12:26 | Cach LLC, Attn: Bankruptcy Dept., 4340 S Monaco St 2nd Fl, Denver, CO 80237-3485 |
| 14653041 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 14 2022 00:02:10 | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14653043 | + | Email/Text: opsqa_usbankruptcy@cashnetusa.com | Dec 14 2022 00:05:00 | Cashnet USA, attn: Bankruptcy, 175 W. Jackson, Ste 1000, Chicago, IL 60604-2863 |
| 14653044 | + | Email/Text: mediamanagers@clientservices.com | Dec 14 2022 00:05:00 | Client Services, Inc., 3451 Harry S Truman Blvd., St. Charles, MO 63301-9816 |
| 14711623 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Dec 14 2022 00:05:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 14653046 | | Email/Text: BKPT@cfna.com | Dec 14 2022 00:05:00 | Credit First N.A., Attn: Bankruptcy Dept., PO Box 81315, Cleveland, OH 44181-0315 |
| 14653047 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 14 2022 00:12:32 | Credit One Bank, Attn: Bankruptcy Dept., PO Box 98873, Las Vegas, NV 89193-8873 |
| 14653049 | | Email/Text: BKPT@cfna.com | Dec 14 2022 00:05:00 | Firestone Complete Auto Care, PO Box 81410, Cleveland, OH 44181-0410 |
| 14653050 | + | Email/Text: bankruptcy@affglo.com | Dec 14 2022 00:05:00 | Global Credit & Collection Corp, Attn: Bankruptcy Dept, 5440 N. Cumberland, Suite 300, Chicago, IL 60656-1486 |
| 14653051 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 14 2022 00:05:00 | Great Lakes Educatioal Loan Services, In, 2401 International Ln, Madison, WI 53704-3121 |
| 14653052 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:20 | JP Morgan Chase Bank, Attn: Bankruptcy Dept., 7757 Bayberry Rd, Jacksonville, FL 32256-6816 |
| 14653053 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 14 2022 00:02:20 | JP Morgan Chase Bank, N.A, James L. Dimon Chairman President & CEO, 1111 Polaris Pkwy, Columbus, OH 43240-2031 |
| 14653054 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2022 00:05:00 | Midland Credit Management, Inc., Attn: Bankruptcy Dept, 2365 Northside Drive Suite 300, San Diego, CA 92108-2710 |
| 14689001 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2022 00:05:00 | Midland Funding LLC, PO Box 2011, Warren, MI |

| | | | | |
|---|---|---|---|---|
| | | | | 48090-2011 |
| 14653055 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 14 2022 00:05:00 | Midland Funding, LLC, Attn: Bankruptcy Dept., 8875 Aero Drive, Suite 200, San Diego, CA 92123-2255 |
| 14653057 | | Email/Text: ecfnotices@dor.mo.gov | Dec 14 2022 00:05:00 | Missouri Dept of Revenue, Individual Income Tax Bankruptcy, PO Box 385, Jefferson City, MO 65105-0385 |
| 14653056 | | Email/Text: ecfnotices@dor.mo.gov | Dec 14 2022 00:05:00 | Missouri Dept of Revenue, Property Tax Attn: Bankruptcy, PO Box 3395, Jefferson City, MO 65105-3395 |
| 14653058 | + | Email/Text: ecfnotices@dor.mo.gov | Dec 14 2022 00:05:00 | Missouri Dept. of Revenue, Attn: Bankruptcy Dept, Harry S. Truman State office Buld., 301 West High Street Room 102, Jefferson City, MO 65101-1517 |
| 14662826 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:02:10 | OneMain, P.O. Box 3251, Evansville, IN. 47731-3251 |
| 14653059 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:02:21 | OneMain, attn: Bankruptcy Dept, Po Box 3251, Evansville, IN 47731-3251 |
| 14653060 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:02:20 | Onemain Fi, PO Box 499, Hanover, MD 21076-0499 |
| 14653061 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:02:21 | Onemain Financial, 6801 Colwell Blvd, Irving, TX 75039-3198 |
| 14653062 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:02:21 | Onemain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 14690708 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:12:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14711220 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 14 2022 00:02:21 | PRA Receivables Management LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14653063 | | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:21 | PayPal Credit, PO Box 5138, Lutherville Timonium, MD 21094-5138 |
| 14653064 | | Email/Text: recovery@paypal.com | Dec 14 2022 00:05:00 | PayPal USA, 2211 N 1st St, San Jose, CA 95131-2021 |
| 14653065 | | Email/PDF: cbp@onemainfinancial.com | Dec 14 2022 00:12:26 | Springleaf Financial Services, 2101 Webster St Ste 160, Oakland, CA 94612-3054 |
| 14895638 | + | Email/Text: bncmail@w-legal.com | Dec 14 2022 00:05:00 | SYNCHRONY BANK, c/o Weinstein & Riley, P.S., 2001 Western Ave, Ste 400, Seattle, WA 98121-3132 |
| 14653066 | | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:12:32 | Syncb/Amazon PLC, Attn: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 14653067 | | Email/PDF: gecsedi@recoverycorp.com | Dec 14 2022 00:02:21 | Syncb/Car Care Disc, Attn: Bankruptcy, PO Box 965036, Orlando, FL 32896-5036 |
| 14653070 | | Email/Text: EDBKNotices@ecmc.org | Dec 14 2022 00:05:00 | U S Department Of Education, PO Box 5609, Greenville, TX 75403-5609 |
| 14702588 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 14 2022 00:05:00 | U.S. Bank National Association, Bankruptcy Department, PO Box 108, St. Louis MO 63166-0108 |
| 14653071 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 14 2022 00:05:00 | US Bank/Rms CC, Po Box 108, Saint Louis, MO 63166 |
| 14715968 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | Dec 14 2022 00:05:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14711621 | + | Email/Text: bncmail@w-legal.com | Dec 14 2022 00:05:00 | USAA Savings Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |

| | | | | |
|---|---|---|---|---|
| 14653072 | + | Email/Text: bkelectronicnotices@usaa.com | Dec 14 2022 00:05:00 | Usaa Svg Bk, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14653073 | + | Email/Text: bankruptcy@webbank.com | Dec 14 2022 00:05:00 | Webbank/DFS, attn: Bankruptcy dept, 215 State St. Suite 1000, Salt Lake City, UT 84111-2336 |

TOTAL: 57

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14653036 | * | ARS National Services, Inc., Attn: Bankruptcy Dept., PO Box 469046, Escondido, CA 92046-9046 |
| 14653042 | *+ | Capital 1 Bank, Attn: Bankruptcy Dept., Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14653033 | ##+ | Alltran Financial, LP, PO Box 610, Sauk Rapids, MN 56379-0610 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2022      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Richard A. LaCava | on behalf of Debtor Kayla Anne Cupples court@lacavalaw.com |

TOTAL: 3

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

In re:  
    KAYLA ANNE CUPPLES

Debtor(s)

Case No. 17-42589-WJL13

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Martha G. Bronitsky, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/14/2017.

2) The plan was confirmed on 11/20/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2021.

5) The case was completed on 10/19/2022.

6) Number of months from filing or conversion to last payment: 60.

7) Number of months case was pending: 62.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $2,711.50.

10) Amount of unsecured claims discharged without full payment: $44,466.80.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

### Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $7,626.00 |
| Less amount refunded to debtor | $125.00 |

**NET RECEIPTS:** $7,501.00

### Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $4,800.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $615.64 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,415.64

Attorney fees paid and disclosed by debtor: $0.00

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVANCE AMERICA | Unsecured | 2,153.72 | 2,153.72 | 2,153.72 | 88.63 | 0.00 |
| ADVANCE AMERICA CASH ADVANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA, CASH ADVANC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ALLTRAN FINANCIAL, LP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARS NATIONAL SERVICES, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ARS NATIONAL SERVICES, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AVANT, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BECKET AND LEE LLP | Unsecured | 5,461.00 | 5,918.18 | 5,918.18 | 243.53 | 0.00 |
| BECKET AND LEE LLP | Unsecured | NA | 5,461.92 | 5,461.92 | 224.76 | 0.00 |
| BRAND BANK / MAHAFFEY PICKENS | Secured | 12,665.00 | 9,993.91 | 0.00 | 0.00 | 0.00 |
| CACH LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CACH LLC / RESURGENT CAPITAL SV | Unsecured | 1,600.00 | 2,160.90 | 2,160.90 | 88.92 | 0.00 |
| CACH, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CASHNETUSA | Unsecured | 8,270.40 | 4,974.80 | 4,974.80 | 204.71 | 0.00 |
| CLIENT SERVICES, INC. | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CNU OF CALIFORNIA, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CREDIT FIRST NA | Unsecured | 1,003.00 | 1,003.18 | 1,003.18 | 41.28 | 0.00 |
| CURO MANAGEMENT, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRESTONE COMPLETE AUTO CARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL CREDIT & COLLECTION COI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GLOBAL TRUST MANAGEMENT | Unsecured | NA | 618.75 | 618.75 | 25.46 | 0.00 |
| JP MORGAN CHASE BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| JP MORGAN CHASE BANK, N.A | Unsecured | 1,051.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, IN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT/MIDLAND | Unsecured | 300.00 | 752.82 | 752.82 | 30.98 | 0.00 |
| MIDLAND FUNDING, LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| MISSOURI DEPT OF REVENUE | Unsecured | NA | 5.10 | 5.10 | 0.21 | 0.00 |
| MISSOURI DEPT OF REVENUE | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| MISSOURI DEPT OF REVENUE | Priority | 250.00 | NA | NA | 0.00 | 0.00 |
| MISSOURI DEPT OF REVENUE | Priority | 102.00 | 104.00 | 104.00 | 104.00 | 0.00 |
| ONEMAIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ONEMAIN | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| ONEMAIN FI | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PAYPAL USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PEGGY CAMPBELL/COLLECTOR OF F | Priority | 366.12 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 3,079.00 | 3,079.26 | 3,079.26 | 126.71 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 2,619.00 | 2,619.28 | 2,619.28 | 107.78 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 1,011.00 | 1,011.32 | 1,011.32 | 41.62 | 0.00 |
| SPRINGLEAF FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/AMAZON PLC | Unsecured | 2,212.00 | NA | NA | 0.00 | 0.00 |
| SYNCB/CAR CARE DISC | Unsecured | 3,186.00 | NA | NA | 0.00 | 0.00 |
| SYNCHRONY BANK C/O WEINSTEIN | Unsecured | 3,000.00 | 3,010.76 | 3,010.76 | 123.89 | 0.00 |
| THE BRAND BANKING COMPANY | Secured | 0.00 | NA | NA | 0.00 | 0.00 |
| U S DEPARTMENT OF EDUCATION | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| US BANK | Unsecured | 2,574.00 | 1,587.93 | 1,587.93 | 65.34 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 12,500.00 | 12,629.45 | 12,629.45 | 519.66 | 0.00 |
| USAA FEDERAL SAVINGS BANK/WEI | Unsecured | 1,163.00 | 1,163.58 | 1,163.58 | 47.88 | 0.00 |
| WEBBANK/DFS | Unsecured | 3,958.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $104.00 | $104.00 | $0.00 |
| **TOTAL PRIORITY**: | **$104.00** | **$104.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$48,150.95** | **$1,981.36** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,415.64 |
| Disbursements to Creditors | $2,085.36 |
| **TOTAL DISBURSEMENTS** : | **$7,501.00** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 12/12/2022          By: /s/ Martha G. Bronitsky
                                                                       Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 12th day of December, 2022.

KAYLA ANNE CUPPLES
3634 FOREST AVE APT#3N
KANSAS CITY, MO 64109

RICHARD A LA CAVA ATTY
3814 - 24TH STREET #202
SAN FRANCISCO, CA 94114

ELECTRONIC SERVICE - United States Trustee

Date: December 12, 2022

/s/ Trustee Martha G. Bronitsky
Trustee Martha G. Bronitsky
Chapter 13 Trustee
PO Box 5004
Hayward, CA 94540

**UST Form 101-13-FR-S (09/01/2009)**