United States Bankruptcy Court

Northern District of California

| In re: | Case No. 17-42589-WJL |
|---|---|
| Kayla Anne Cupples | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0971-4 | User: admin | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Jan 17, 2023 | Form ID: ODTCOM | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**      **Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Kayla Anne Cupples, 3634 Forest Ave. #3N, Kansas City, MO 64109-2674 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2023      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Martha G. Bronitsky | 13trustee@oak13.com |
| Office of the U.S. Trustee/Oak | USTPRegion17.OA.ECF@usdoj.gov |
| Richard A. LaCava | on behalf of Debtor Kayla Anne Cupples court@lacavalaw.com |

TOTAL: 3

Form ODTCOM

# UNITED STATES BANKRUPTCY COURT
## California Northern Bankruptcy Court

| | |
|---|---|
| In Re:   Kayla Anne Cupples<br>  fka   Caleb Scott Cupples<br>             Debtor(s) | Case No.: 17–42589 WJL 13<br>Chapter: 13 |

## ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE
## AFTER CASE COMPLETION

The estate of the above named Debtor(s) has been fully administered.

IT IS ORDERED THAT:

MARTHA G. BRONITSKY is discharged as Chapter 13 Trustee of the estate of the above named Debtor(s), the trustee bond is canceled, and the Chapter 13 case of the above named debtor(s) is closed.

Dated: 1/15/23                                  By the Court:

                                                William J. Lafferty
                                                United States Bankruptcy Judge